

**Department of Education**
Carmen Fariña, Chancellor

## DENIAL OF COMPLETION OF PROBATION LETTER

Date: 09/22/2014

**VIA CERTIFIED AND REGULAR MAIL**
**RETURN RECEIPT REQUESTED**

Employee Name: EDGAR TELESFORD
EIS ID: ▓▓▓▓▓▓
District: 19

Probation Completion Date: Nov 21, 2014
Boro/School: K678

Dear Mr./Ms. EDGAR TELESFORD

This is to inform you that in accordance with Section 2573 Subdivision 1 of the State Education Law; I am denying your Certification of Completion of Probation with the New York City Department of Education.

Under the Collective Bargaining Agreement between the Department of Education and the United Federation of Teachers, you are entitled to the review procedures as prescribed in Article 4, Section 4.3.2 C of the Bylaws of the Department of Education.

Please be advised that your service under this appointment shall terminate as of the close of business **60 days from the date of this letter or the probation completion date listed above, whichever occurs first.**

Sincerely,

*Joyce Stallings Harte*

Superintendent

CC: Principal
CFN Human Resources Director
Office of Appeals and Review
Office of Teacher Records
Office of Field Services