

The New York City Department of Education
# East New York Middle School of Excellence
605 Shepherd Avenue - Brooklyn, NY 11208
(P) 718.257.4061  (F) 718.257.4738
Mr. Malik A. Small - *Principal*
Mr. Christopher SukKu Lee - *Assistant Principal*
Ms. Yvonne Wright - *Dean*
info@enymse.org

Ms. Beth Capozello – *Secretary*     Ms. Dawne Martin Thomas – *Parent Coordinator*

October 1, 2014

**VIA CERTIFIED AND REGULAR MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Edgar Telesford

EIS ID:     Probation Completion Date: Nov. 21, 2014
District 19     Boro/School:  K678

Dear Mr. Telesford:

This is to inform you that in accordance with Section 2573 Subdivision 1 of the State Education Law; I am denying your Certification of Completion of Probation with the New York City Department of Education.

Under the Collective Bargaining Agreement between the Department of Education and the United Federation of Teachers, you are entitled to the review procedures as prescribed in Article 4, Section 4.3.2 C of the bylaws of the Department of Education.

Please be advised that your service under the appointment shall terminate as of the close of business **60 days from the date of this letter or the probation completion date listed above, whichever occurs first.**

Sincerely,

Malik A. Small
Principal

MAS/bc
Enc.