# FINAL SUMMARY FORM

## OVERALL 0-60 HEDI SCORING SHEET

**Name of Teacher:** EDGAR TELESFORD          **School/Building:** EXCELLENCE

**Option 1:** 75% Domains 2 and 3, 25% Domains 1 and 4

Formal Observation: Scored on all 22 components (each of the 4 Domains scored: Domain 1 10%, Domain 2 12.5%, Domain 3 12.5%, Domain 4 10%) - 45% of total points for observations

- Minimum of 1
- If more than 1, scores from each individual observation averaged across the total number conducted

Informal observations: Domains 2 and 3 only - 50% of total points for observations

- Minimum of 3, scores from each individual observation averaged across the total number conducted
- If more than 3, scores from each individual observation averaged across the total number conducted

Artifacts for Domains 1 and 4 (Initial Planning Conference, Pre- and/or Post-Observation Conference, Summative End of Year Conference) - 5% of total points for observations

**Option 2:** 75% Domains 2 and 3, 25% Domains 1 and 4

Informal observations: Scored on all 22 components (Domains 2 &3: 75%, Domains 1& 4: 20%) - 95% of total points for observations

- Minimum of 6, scores from each individual observation averaged across the total number conducted
- If more than 6, scores from each individual observation averaged across the total number conducted

Artifacts for Domains 1 and 4 (Initial Planning Conference, Summative End of Year Conference): 5% of total points for observations

*See conversion chart for*

**Assign a Final Teacher Effectiveness HEDI rating to the Teacher based Directions Above**

Final Teacher Effectiveness HEDI rating

| HE | E | ✖ | I |
(mark X on applicable Final HEDI rating)

## SUMMARY

**0-60 HEDI SCORE:** 41

**Teacher Effectiveness Rating:** Developing

Teacher's signature _____        Date _____

Evaluator's signature _____        Date 7/1/14

*(I have read and received a copy of the above and understand that a copy will be placed in my file.)*

---

**Confidentiality Notice:** This report may contain data that is confidential, private or sensitive. Please ensure the appropriate use and security of this report.

Created By: slee25                    06/19/2014 8:48 PM

**NYC**
Department of Education
Career Form, Computer

**◊Advance**

**Measures of Teacher Practice (MOTP) Score Tracker**
**Option #2**
**Teacher: EDGAR TELESFORD**

**Observation Option #2**

Columns: 1A, 1B, 1C, 1D, 1E, 1F | 2A, 2B, 2C, 2D, 2E | 3A, 3B, 3C, 3D, 3E | 4A, 4B, 4C, 4D, 4E, 4F

Component headings:
- Content and Pedagogy
- Knowledge of Students
- Setting Instructional Outcomes
- Knowledge of Resources
- Designing Coherent Instruction
- Designing Student Assessments
- Creating Environment of Respect & Rapport
- Establishing a Culture for Learning
- Managing Classroom Procedures
- Managing Student Behavior
- Organizing Physical Space
- Communicating with Students
- Using Questioning & Discussion Techniques
- Engaging Students in Learning
- Using Assessment in Instruction
- Demonstrating Flexibility & Responsiveness
- Reflecting on Teaching
- Maintaining Accurate Records
- Communicating with Families
- Participating in a Professional Community
- Growing & Developing Professionally
- Showing Professionalism

Rows:
- Informal 1 (required)
- Informal 2 (required)
- Informal 3 (required)
- Informal 4 (required)
- Informal 5 (required)
- Informal 6 (required)
- End-of-Year Artifacts Rating (required)

REMINDER: Individual artifact ratings do not automatically calculate into the End of Year Artifacts Rating. To determine the End of Year Artifacts Rating, evaluations should consider teachers' ratings on teacher-submitted artifacts, evaluation-requested artifacts, and outside evidence to determine an overall rating for each applicable component.

**RATINGS SUMMARY**

| | Informal Observations Score To Date | Weight | |
|---|---|---|---|
| Informal Observations Rating: | 2.10 | 94% | |
| End of Year Artifacts Rating: | 1.82 | 6% | |
| | | | 2.00 |

| | |
|---|---|
| All 22 Components rated at least once? | Yes |
| All Informal Observations complete? | Yes |
| End of Year Artifacts Rating complete? | Yes |

| | |
|---|---|
| MOTP Rating on 1.00 to 4.00 scale: | 2.00 |
| MOTP Points earned on 0-60 Scale: | 41 |
| MOTP HEDI Rating: | Developing |

1. These scores will be populated until the End of Year Artifacts Rating is confirmed in the Spring following summative EOY Conferences.
2. This score reflects the weighted Observation Ratings share of observations as they are entered and confirmed into the Advance Web Application. This score will not reflect the End of Year Artifacts Rating until it is confirmed in the Spring.
3. This table will subject observation ratings are entered into the Score Tracker. Before finalizing the end of year rating all four of the schools must be complete.
4. Teacher's Overall Observation Ratings and End of Year artifacts rating are averaged together to equate an MOTP rating on a scale from 1-4. These ratings are then converted to MOTP points on a scale of 0-60, and to a MOTP component HEDI rating (Highly Effective, Effective, Developing or Ineffective). See each Subcomponent for further detail.

Confidentiality Notice: This report may contain data that is confidential, private or sensitive. Please ensure all appropriate care and security of this report.

Created By: zhss25
NYC Department of Education
09/18/2014 6:48 PM



# EVALUATOR FORM 2

Use this form to evaluate and score evidence on each of the components of the Danielson rubric on a 1-4 HEDI scale. Evidence may be from the formal observation cycle including the pre and post observation conferences, classroom observation including any documents collected/observed in the classroom. If there is no evidence for a component, N/A (Not Applicable) should be entered.

For teachers who select observation option #1: Evaluators should only rate on Domains 2 and 3 when conducting informal classroom observations.

The evidence/scores on this form are from: Informal Classroom Observation (Option #2)

Observation Time/Location:

Date: 02/04/2014      Time/Period: 9:54 - 10:14/Pd 3

Location : EXCELLENCE          19K878-EAST NEW YORK MIDDLE SCHOOL OF

| Component/Rationale for Score | |
|---|---|
| **1a: Demonstrating knowledge of content and pedagogy** <br> The teacher's plans and practice reflect a limited range of pedagogical approaches to the discipline or to the students. | 2- Developing |
| **1b: Demonstrating knowledge of students** <br> The teacher displays minimal understanding of how students learn—and little knowledge of their varied approaches to learning, knowledge and skills. | 1- Ineffective |
| **1c: Setting instructional outcomes** <br> They are stated as student activities, rather than as outcomes for learning. | 1- Ineffective |
| **1d: Demonstrating knowledge of resources** <br> The teacher is unaware of resources to assist student learning | 1- Ineffective |
| **1e: Designing coherent instruction** <br> Learning activities are poorly aligned with the instructional outcomes, do not follow an organized progression, are not designed to engage students in active intellectual activity, and have unrealistic time allocations. | 1- Ineffective |
| **1f: Designing student assessments** <br> Assessment procedures are not congruent with instructional outcomes and lack criteria by which student performance will be assessed. | 1- Ineffective |
| **2a: Creating an environment of respect and rapport** <br> Patterns of classroom interactions, both between teacher and students and among students, are generally appropriate but may reflect occasional inconsistencies. | 2- Developing |
| **2b: Establishing a culture for learning** <br> The classroom culture is characterized by a lack of teacher or student commitment to learning, and/or little or no investment of student energy in the task at hand. | 1- Ineffective |
| **2c: Managing classroom procedures** <br> Much instructional time is lost due to inefficient classroom routines and procedures. | 1- Ineffective |
| **2d: Managing student behavior** <br> Student behavior is generally appropriate. The teacher monitors student behavior against established standards of conduct. Teacher response to student misbehavior is consistent, proportionate, and respectful to students and is effective. | 3- Effective |
| **2e: Organizing physical space** <br> The classroom is safe, and essential learning is accessible to most students. The teacher makes modest use of physical resources, including computer technology. | 2- Developing |
| **3a: Communicating with students** <br> The instructional purpose of the lesson is unclear to students, and the directions and procedures are confusing. (The Aim did not reflect what the student were working on - the Aim on the lesson plan did not match the Aim written on the board.) | 1- Ineffective |
| **3b: Using questioning and discussion techniques** <br> The teacher's questions are of low cognitive challenge, with single correct responses, and are asked in rapid succession. Interaction between the teacher and students is predominantly recitation style, with the teacher | 1- Ineffective |

Last Revised: 02/06/14 9:58:46 AM

mediating all questions and answers: the teacher accepts all contributions without asking students to explain their reasoning. Only a few students participate in the discussion.

| | |
|---|---|
| **3c: Engaging students in learning** <br> The learning tasks/activities, materials, and resources are poorly aligned with the instructional outcomes, or require only rote responses, with only one approach possible. The groupings of students are unsuitable to the activities. (Students who were still writing were grouped with students that were editing their written work.) | 1- Ineffective |
| **3d: Using assessment in instruction** <br> Students do not appear to be aware of the assessment criteria, and there is little or no monitoring of student learning; feedback is absent or of poor quality. (Responses to students regarding their work was general - for example, student was told "nice little piece.") | 1- Ineffective |
| **3e: Demonstrating flexibility and responsiveness** <br> The teacher accepts responsibility for the success of all students but has only a limited repertoire of strategies to use. Adjustment of the lesson in response to assessment is minimal or ineffective. | 2- Developing |
| **4a: Reflecting on teaching** | N/A |
| **4b: Maintaining accurate records** | N/A |
| **4c: Communicating with families** | N/A |
| **4d: Participating in the professional community** | N/A |
| **4e: Growing and developing professionally** | N/A |
| **4f: Showing professionalism** | N/A |

Last Revised: 02/06/14 9:39:46 AM

**Additional Evaluator Notes (please attach more pages, as necessary):**

Priority Area(s) of Strength:
2d: Managing student behavior - Student behavior is generally appropriate. The teacher monitors student behavior against established standards of conduct. There was constant walking around while the students were working.

Priority Area(s) for Growth:
1c: Setting instructional outcomes - All outcomes must represent high-level learning in the discipline. They are to be clear, are written in the form of student learning, and permit viable methods of assessment. There was little evidence of clear learning outcome as the student learning outcome did not match with what the students were working on. (Learning outcome written on the lesson plan - students will be able to write a creative essay about waves - did not align to what the students were actually working on - Revising and peer editing). Please make sure to have the learning outcome align to what the students will work on during the lesson.

One of our instructional expectations for the year is student-to-student discussions. Please provide every opportunity for students to engage in peer or group discussions.

Please feel free to make an appointment with me to discuss your observation.

Thank you for your continued efforts in improving your pedagogy.

Evaluator's signature _____                    Date 2/6/2014

Evaluator's name (print) LEE, SUK KU

Teacher's signature _____                    Date 2/7/2014
(I have read and received a copy of the above and understand that a copy will be placed in my file.)

Last Revised: 02/06/14 9:59:46 AM

# EVALUATOR FORM 2

Use this form to evaluate and score evidence on each of the components of the Danielson rubric on a 1-4 HEDI scale. Evidence may be from the formal observation cycle including the pre and post observation conferences, classroom observation including any documents collected/observed in the classroom. If there is no evidence for a component, N/A (Not Applicable) should be entered.

For teachers who select observation option #1: Evaluators should only rate on Domains 2 and 3 when conducting informal classroom observations.

The evidence/scores on this form are from: Informal Classroom Observation (Option #2)

Observation Time/Location:

Date: 04/10/2014   Time/Period: 8:25 - 8:45 / Pd 1

19K678-EAST NEW YORK MIDDLE SCHOOL OF
Location : EXCELLENCE

| Component/Rationale for Score | |
|---|---|
| **1a: Demonstrating knowledge of content and pedagogy**<br>The teacher displays solid knowledge of the important concepts in the discipline and how these relate to one another. However, the teacher's plans and practice reflect a limited range of pedagogical approaches to the discipline or to the students. | 3- Effective |
| **1b: Demonstrating knowledge of students**<br>The teacher displays generally accurate knowledge of how students learn and of their varied approaches to learning, knowledge and skills, special needs, and interests and cultural heritages, yet may apply this knowledge not to individual students but to the class as a whole. | 2- Developing |
| **1c: Setting instructional outcomes**<br>Outcomes represent moderately high expectations and rigor. Some reflect important learning in the discipline and consist of a combination of outcomes and activities. Outcomes reflect several types of learning, but the teacher has made no effort at coordination or integration. Outcomes, based on global assessments of student learning, are suitable for most of the students in the class. | 2- Developing |
| **1d: Demonstrating knowledge of resources**<br>The teacher displays some awareness of resources beyond those provided by the school or district for classroom use and for extending one's professional skill. | 2- Developing |
| **1e: Designing coherent instruction**<br>Some of the learning activities and materials are aligned with the instructional outcomes and represent moderate cognitive challenge, but with no differentiation for different students. | 2- Developing |
| **1f: Designing student assessments**<br>Assessment results are used to design lesson plans for the whole class, not individual students. | 2- Developing |

Last Revised: 04/10/14  2:54:26 PM By msmall2

| | |
|---|---|
| **2a: Creating an environment of respect and rapport**<br>Patterns of classroom interactions, both between teacher and students and among students, are generally appropriate but may reflect occasional inconsistencies, and disregard for students' engagement, and cognitive levels. | 2- Developing |
| **2b: Establishing a culture for learning**<br>High expectations for learning are reserved for only some students. Some students were left to sit with there heads down or not on task. | 2- Developing |
| **2c: Managing classroom procedures**<br>There is little loss of instructional time due to effective classroom routines and procedures. | 3- Effective |
| **2d: Managing student behavior**<br>Overall, student behavior is generally appropriate. | 3- Effective |
| **2e: Organizing physical space**<br>The teacher makes modest use of physical resources, including computer technology. | 2- Developing |
| **3a: Communicating with students**<br>The teacher's explanation does not invite students to engage intellectually or to understand strategies they might use when working independently. | 2- Developing |
| **3b: Using questioning and discussion techniques**<br>The teacher's questions lead students through a single path of inquiry, with answers seemingly determined in advance. | 2- Developing |
| **3c: Engaging students in learning**<br>The learning tasks and activities are partially aligned with the instructional outcomes but require only minimal thinking by students and little opportunity for them to explain their thinking, allowing most students to be passive or merely compliant. | 2- Developing |
| **3d: Using assessment in instruction**<br>The teacher monitors student learning for the class as a whole. Questions and assessments are rarely used to diagnose evidence of learning. Feedback to students is general, and few students assess their own work. | 2- Developing |
| **3e: Demonstrating flexibility and responsiveness**<br>The teacher accepts responsibility for the success of all students but has only a limited repertoire of strategies to use. Adjustment of the lesson in response to assessment is minimal. | 2- Developing |
| **4a: Reflecting on teaching** | N/A |
| **4b: Maintaining accurate records** | N/A |
| **4c: Communicating with families** | N/A |
| **4d: Participating in the professional community** | N/A |
| **4e: Growing and developing professionally** | N/A |

Last Revised: 04/10/14  2:54:26 PM By msmall2



Teacher ID ███████ Teacher Name EDGAR TELESFORD

| 4f: Showing professionalism | N/A |

Teacher ID ████████          Teacher Name EDGAR TELESFORD

## Additional Evaluator Notes (please attach more pages, as necessary):

Priority Areas of Strength:
2c: Managing classroom procedures: Although instructional time is maximized due to efficient and seamless classroom routines and procedures, Students should also take initiative in the management of instructional groups and transitions, and/or the handling of materials and supplies.

Priority Areas of Growth:
3b: Using questioning and discussion techniques: Please use a variety or series of questions or prompts to challenge students cognitively, advance high-level thinking and discourse, and promote metacognition.

One of our instructional expectations for the year is student-to-student discussions. Please provide every opportunity for students to engage in peer or group discussions.

Please feel free to make an appointment with me to discuss your observation.

Thank you for your continued efforts in improving your pedagogy.

Evaluator's signature _____          Date 04/24/2014

Evaluator's name (print) SMALL,MALIK

Teacher's signature _____          Date 04/24/2014
(I have read and received a copy of the above and understand that a copy will be placed in my file.)

Last Revised: 04/10/14 2:54:26 PM By msmall2

# EVALUATOR FORM 2

Use this form to evaluate and score evidence on each of the components of the Danielson rubric on a 1-4 HEDI scale. Evidence may be from the formal observation cycle including the pre and post observation conferences, classroom observation including any documents collected/observed in the classroom. If there is no evidence for a component, N/A (Not Applicable) should be entered.

For teachers who select observation option #1: Evaluators should only rate on Domains 2 and 3 when conducting informal classroom observations.

The evidence/scores on this form are from: Informal Classroom Observation (Option #2)

Observation Time/Location:

19K678-EAST NEW
YORK MIDDLE
SCHOOL OF
Date: 05/05/2014    Time/Period: 11:25am-11:45am          Location : EXCELLENCE

| Component/Rationale for Score | |
|---|---|
| 1a: Demonstrating knowledge of content and pedagogy<br>The teacher displays solid knowledge of the important concepts in the discipline and how these relate to one another. | 3- Effective |
| 1b: Demonstrating knowledge of students<br>The teacher displays generally accurate knowledge of how students learn and of their varied approaches to learning, knowledge and skills, special needs, and interests and cultural heritages, yet may apply this knowledge not to individual students but to the class as a whole. | 2- Developing |
| 1c: Setting instructional outcomes<br>The outcomes represent low expectations for students and lack of rigor. | 1- Ineffective |
| 1d: Demonstrating knowledge of resources<br>The teacher displays awareness of resources beyond those provided by the school or district | 3- Effective |
| 1e: Designing coherent instruction<br>Some of the learning activities and materials are aligned with the instructional outcomes and represent moderate cognitive challenge, but with no differentiation for different students. | 2- Developing |
| 1f: Designing student assessments<br>. Assessment criteria and standards have been developed, but they are not clear. | 2- Developing |
| 2a: Creating an environment of respect and rapport<br>•The teacher attempts to make connections with individual students, but student reactions indicate that these attempts are not entirely successful. | 2- Developing |
| 2b: Establishing a culture for learning<br>•The teacher communicates the importance of the content and the conviction that with hard work all students can master the material. | 3- Effective |

Last Revised: 05/12/14  9:18:06 AM By msmall2

EDT 5/12/2014

| | |
|---|---|
| 2c: Managing classroom procedures<br>•Students not working directly with the teacher are only partially engaged. | 2- Developing |
| 2d: Managing student behavior<br>Standards of conduct appear to have been established, but their implementation is inconsistent. | 2- Developing |
| 2e: Organizing physical space<br>The teacher attempts to adjust the classroom furniture for a lesson or, if necessary, to adjust the lesson to the furniture, but with limited effectiveness. | 2- Developing |
| 3a: Communicating with students<br>•The teacher's explanation of the content consists of a monologue, with minimal participation or intellectual engagement by students. | 2- Developing |
| 3b: Using questioning and discussion techniques<br>The teacher's questions are of low cognitive challenge, with single correct responses, and are asked in rapid succession. Interaction between the teacher and students is predominantly recitation style, with the teacher mediating all questions and answers; the teacher accepts all contributions without asking students to explain their reasoning. | 1- Ineffective |
| 3c: Engaging students in learning<br>The learning tasks and activities are partially aligned with the instructional outcomes but require only minimal thinking by students and little opportunity for them to explain their thinking. | 2- Developing |
| 3d: Using assessment in instruction<br>Questions and assessments are rarely used to diagnose evidence of learning. Feedback to students is general, and few students assess their own work. | 2- Developing |
| 3e: Demonstrating flexibility and responsiveness<br>•The teacher makes perfunctory attempts to incorporate students' questions and interests into the lesson. | 2- Developing |
| 4a: Reflecting on teaching | N/A |
| 4b: Maintaining accurate records | N/A |
| 4c: Communicating with families | N/A |
| 4d: Participating in the professional community<br>The teacher maintains cordial relationships with colleagues to fulfill duties that the school or district requires. The teacher participates in the school's culture of professional inquiry when invited to do so. | 2- Developing |
| 4e: Growing and developing professionally<br>Teacher participates to a limited extent in professional activities when they are convenient. | 2- Developing |
| 4f: Showing professionalism<br>The teacher must be reminded by supervisors about complying with school and district regulations. | 2- Developing |

Last Revised: 05/12/14  9:18:06 AM By msmall2

## Additional Evaluator Notes (please attach more pages, as necessary):

Priority Areas of Strength: The teacher communicates the importance of the content and the conviction that with hard work all students can master the material.

Priority Areas of Growth: Please use a variety or series of questions or prompts to challenge students cognitively, advance high-level thinking and discourse, and promote metacognition.

Please feel free to schedule an appointment with me to discuss this observation.

Evaluator's signature _____    Date  _5_/_12_/_14_

Evaluator's name (print) <u>SMALL,MALIK</u>

Teacher's signature_____    Date_5/12/2014_

*(I have read and received a copy of the above and understand that a copy will be placed in my file.)*

Last Revised: 05/12/14 9:18:06 AM By msmall2

# EVALUATOR FORM 2

Use this form to evaluate and score evidence on each of the components of the Danielson rubric on a 1-4 HEDI scale. Evidence may be from the formal observation cycle including the pre and post observation conferences, classroom observation including any documents collected/observed in the classroom. If there is no evidence for a component, N/A (Not Applicable) should be entered.

For teachers who select observation option #1: Evaluators should only rate on Domains 2 and 3 when conducting informal classroom observations.

The evidence/scores on this form are from: Informal Classroom Observation (Option #2)

Observation Time/Location:

19K678-EAST NEW YORK MIDDLE SCHOOL OF

Date: 05/16/2014   Time/Period: 9:19-9:35AM/Pd 2                    Location : EXCELLENCE

| Component/Rationale for Score | |
|---|---|
| 1a: Demonstrating knowledge of content and pedagogy | N/A |
| 1b: Demonstrating knowledge of students<br>The teacher understands the active nature of student learning and attains information about levels of development for groups of students. | 3- Effective |
| 1c: Setting instructional outcomes<br>Outcomes represent moderately high expectations and rigor. Some reflect important learning in the discipline and consist of an activity only. (SLO: Students will be able to know what is expected of them on their science fair.) | 2- Developing |
| 1d: Demonstrating knowledge of resources | N/A |
| 1e: Designing coherent instruction | N/A |
| 1f: Designing student assessments<br>All the instructional outcomes may be assessed by the proposed assessment plan; assessment methodologies may have been adapted for groups of students. | 3- Effective |
| 2a: Creating an environment of respect and rapport<br>Teacher-student interactions are friendly and demonstrate general caring and respect. | 3- Effective |
| 2b: Establishing a culture for learning<br>The classroom culture is a place where learning is valued by most. (The teacher states "Everyone who participates will get some sort of reward" but does not convey the importance of hard work.) | 2- Developing |
| 2c: Managing classroom procedures<br>There is little loss of instructional time due to effective classroom routines and procedures. | 3- Effective |

Last Revised: 05/21/14 11:52:37 PM By slee25

| | |
|---|---|
| **2d: Managing student behavior** <br> Student behavior is generally appropriate. The teacher monitors student behavior against established standards of conduct. | 3- Effective |
| **2e: Organizing physical space** <br> The classroom is safe, and essential learning is accessible to most students. The teacher makes modest use of physical resources, including computer technology. The teacher attempts to adjust the classroom furniture for a lesson or, if necessary, to adjust the lesson to the furniture, but with limited effectiveness. | 2- Developing |
| **3a: Communicating with students** <br> The instructional purpose of the lesson is communicated to students, but the teacher does not tie it to the broader scope of learning. (The teacher mainly focuses on how the project should be completed but does not tie it to the broader spectrum of the purpose of the project.) | 2- Developing |
| **3b: Using questioning and discussion techniques** <br> The teacher attempts to ask some questions designed to engage students in thinking, but only a few students are involved. The teacher does not attempt to engage all students in the discussion, to encourage them to respond to one another, and to explain their thinking. (The teacher mainly recites what is required for the project, but does not provide opportunities for students to internalize the purpose of the project.) | 2- Developing |
| **3c: Engaging students in learning** <br> The learning tasks and activities are aligned with the instructional outcomes but require only minimal thinking by students and little opportunity for them to explain their thinking, allowing most students to be passive or merely compliant. (Students are not provided with the opportunity to reflect on their understanding of the project. Students are asked to read the directions of the project verbatim.) | 2- Developing |
| **3d: Using assessment in instruction** <br> Questions and assessments are rarely used to diagnose evidence of learning. Feedback to students is general, and few students assess their own work. (Student are not provided with the opportunity to reflect on their projects. The teacher does not provide students with the opportunity to share their understanding of the project.) | 2- Developing |
| **3e: Demonstrating flexibility and responsiveness** <br> The teacher accepts responsibility for the success of all students but has only a limited repertoire of strategies to use. ( The teacher mainly uses lecture style instruction without the opportunities for students to share their understanding.) | 2- Developing |
| **4a: Reflecting on teaching** <br> The teacher has a generally accurate impression of a lesson's effectiveness and the extent to which instructional outcomes were met. The teacher makes general suggestions about how a lesson could be improved. (When asked to reflect on their practice, the teacher asks for suggestions rather than reflecting on their practice.) | 2- Developing |
| **4b: Maintaining accurate records** | N/A |
| **4c: Communicating with families** | N/A |

Last Revised: 05/21/14 11:52:37 PM By slee25

| | |
|---|---|
| **4d: Participating in the professional community**<br>The teacher participates in school events and school and district projects when specifically asked. | 2- Developing |
| **4e: Growing and developing professionally**<br>The teacher engages in a limited way with colleagues and supervisors in professional conversation about practice, including some feedback on teaching performance. | 2- Developing |
| **4f: Showing professionalism**<br>The teacher must be reminded by supervisors about complying with school and district regulations. (Teacher has to be reminded of coverages and getting to meetings and classes on time.) | 2- Developing |

Last Revised: 06/21/14 11:52:37 PM By slee25

## Additional Evaluator Notes (please attach more pages, as necessary):

Priority Area(s) of Strength:
1f: Designing student assessments: All the instructional outcomes may be assessed by the proposed assessment plan, with clear criteria for assessing student work. The plan should contain evidence of student contribution to its development.

Priority Area(s) for Growth:
3c: Engaging students in learning: Rather than recitation style of disseminating information about the project, the students should be more involved in demonstrating their understanding of the project through self reflective discussion among their peers.

One of our instructional expectations for the year is student-to-student discussions. Please provide every opportunity for students to engage in peer or group discussions. Variety or series of questions or prompts should be used to challenge students cognitively, advance high-level thinking and discourse, and promote metacognition. Students should formulate many questions, initiate topics, challenge one another's thinking, and make unsolicited contributions. Students themselves should ensure that all voices are heard in the discussion.

Please feel free to make an appointment with me to discuss your observation.

Thank you for your continued efforts in improving your pedagogy.

Evaluator's signature _____          Date 5/22/2014

Evaluator's name (print) LEE, SUK KU

Teacher's signature _____          Date _____
(I have read and received a copy of the above and understand that a copy will be placed in my file.)

Last Revised: 05/21/14 11:52:37 PM By slee25

# EVALUATOR FORM 2

Use this form to evaluate and score evidence on each of the components of the Danielson rubric on a 1-4 HEDI scale. Evidence may be from the formal observation cycle including the pre and post observation conferences, classroom observation including any documents collected/observed in the classroom. If there is no evidence for a component, N/A (Not Applicable) should be entered.

For teachers who select observation option #1: Evaluators should only rate on Domains 2 and 3 when conducting informal classroom observations.

The evidence/scores on this form are from: Informal Classroom Observation (Option #2)

Observation Time/Location:

19K678-EAST NEW
YORK MIDDLE
SCHOOL OF
Date: 05/23/2014   Time/Period: 11:20-11:40AM/Pd 5                Location : EXCELLENCE

| Component/Rationale for Score | |
|---|---|
| 1a: Demonstrating knowledge of content and pedagogy<br>The teacher was asked to submit a lesson plan but did not send it. | N/A |
| 1b: Demonstrating knowledge of students<br>The teacher displays generally accurate knowledge of how students learn and of their varied approaches to learning, knowledge and skills, special needs, and interests and cultural heritages, yet may apply this knowledge not to individual students but to the class as a whole. (There were a number of students unable to start on their work and were sitting idly.) | 2- Developing |
| 1c: Setting instructional outcomes<br>Lesson plan unavailable. | N/A |
| 1d: Demonstrating knowledge of resources<br>The teacher displays some awareness of resources beyond those provided by the school or district for classroom use and for extending one's professional skill but does not seek to expand this knowledge. (The teacher does not seek out for any professional growth or does so only when prompted.) | 2- Developing |
| 1e: Designing coherent instruction<br>Lesson plan unavailable. | N/A |
| 1f: Designing student assessments | N/A |
| 2a: Creating an environment of respect and rapport<br>Teacher-student interactions are friendly and demonstrate general caring and respect. | 3- Effective |
| 2b: Establishing a culture for learning<br>Students exhibit a limited commitment to complete the work on their own; many students are sitting without initiating any work. Only when prompted, do the students begin their work.) | 2- Developing |

Last Revised: 05/27/14 9:05:01 AM By slee25

| | |
|---|---|
| **2c: Managing classroom procedures**<br>The teacher's management of instructional groups and transitions, or handling of materials and supplies, or both, are inconsistent, leading to some disruption of learning. With regular guidance and prompting, students follow established routines. (Several students only begin their work after being prompted and redirected.) | 2- Developing |
| **2d: Managing student behavior**<br>Student behavior is generally appropriate. The teacher monitors student behavior against established standards of conduct. | 3- Effective |
| **2e: Organizing physical space**<br>The classroom is safe, and students have equal access to learning activities; the teacher ensures that the furniture arrangement is appropriate to the learning activities and uses physical resources, including computer technology, effectively. | 3- Effective |
| **3a: Communicating with students**<br>Students working on independent projects. | N/A |
| **3b: Using questioning and discussion techniques**<br>Students working on independent projects. | N/A |
| **3c: Engaging students in learning**<br>The groupings of students are moderately suitable to the activities. The lesson has a recognizable structure; however, the pacing of the lesson may not provide students the time needed to be intellectually engaged or may be so slow that many students have a considerable amount of "downtime." (A number of students are sitting idly while the rest of the class work on their projects.) | 2- Developing |
| **3d: Using assessment in instruction**<br>Students appear to be aware of the assessment criteria, and the teacher monitors student learning for groups of students. | 3- Effective |
| **3e: Demonstrating flexibility and responsiveness**<br>The teacher accepts responsibility for the success of all students but has only a limited repertoire of strategies to use. Adjustment of the lesson in response to assessment is minimal or ineffective. (Although some students suggest the use of their own devices, couple of student are left to sit without working on their projects.) | 2- Developing |
| **4a: Reflecting on teaching**<br>The teacher has no suggestions for how a lesson could be improved. (When asked on improving their practice, they respond by "what are your suggestions?" Only when asked to reflect on their practice does the teacher provide general ideas.) | 1- Ineffective |
| **4b: Maintaining accurate records** | N/A |
| **4c: Communicating with families** | N/A |
| **4d: Participating in the professional community**<br>The teacher participates in the school's culture of professional inquiry when invited to do so. The teacher participates in school events and school and district projects when specifically asked. (The teacher does not seek out for opportunities in | 2- Developing |

| Improving their practice.) | |
|---|---|
| **4e: Growing and developing professionally** <br> Teacher participates to a limited extent in professional activities when they are convenient. The teacher engages in a limited way with colleagues and supervisors in professional conversation about practice, including some feedback on teaching performance. | 2- Developing |
| **4f: Showing professionalism** <br> The teacher must be reminded by supervisors about complying with school and district regulations. (The teacher must be reminded to be at a coverage.) | 2- Developing |

Last Revised: 05/27/14  9:05:01 AM By slee25


## Additional Evaluator Notes (please attach more pages, as necessary):

Priority Area(s) of Strength:
3d: Using assessment in instruction: Assessment is fully integrated into instruction, through extensive use of formative assessment. Students appear to be aware of, and there is some evidence that they have contributed to, the assessment criteria. To take the practice further the teacher should use Questions and assessments regularly to diagnose evidence of learning by individual students.

Priority Area(s) for Growth:
4a: Reflecting on teaching: The teacher should make a thoughtful and accurate assessment of a lesson's effectiveness and the extent to which it achieved its instructional outcomes, citing many specific examples from the lesson and weighing the relative strengths of each. The teacher should also draw on an extensive repertoire of skills, the teacher should offer specific alternative actions, complete with the probable success of different courses of action. To take the practice further the teacher should seek out more opportunities for professional growth.

One of our instructional expectations for the year is student-to-student discussions. Please provide every opportunity for students to engage in peer or group discussions.

Please feel free to make an appointment with me to discuss your observation.

Thank you for your continued efforts in improving your pedagogy.

Evaluator's signature _____     Date 5/27/2014

Evaluator's name (print) LEE, SUK KU

Teacher's signature _____     Date _____
(I have read and received a copy of the above and understand that a copy will be placed in my file.)

Last Revised: 05/27/14 9:05:01 AM By slcc25

Teacher ID     Teacher Name EDGAR TELESFORD

## EVALUATOR FORM 2

Use this form to evaluate and score evidence on each of the components of the Danielson rubric on a 1-4 HEDI scale. Evidence may be from the formal observation cycle including the pre and post observation conferences, classroom observation including any documents collected/observed in the classroom. If there is no evidence for a component, N/A (Not Applicable) should be entered.

For teachers who select observation option #1: Evaluators should only rate on Domains 2 and 3 when conducting informal classroom observations.

The evidence/scores on this form are from: Informal Classroom Observation (Option #2)

Observation Time/Location:

19K678-EAST NEW
YORK MIDDLE
SCHOOL OF
Location : EXCELLENCE

Date: 05/27/2014   Time/Period: 8:05-8:30

| Component/Rationale for Score | |
|---|---|
| 1a: Demonstrating knowledge of content and pedagogy<br>The teacher displays solid knowledge of the important concepts in the discipline and how these relate to one another. | 3- Effective |
| 1b: Demonstrating knowledge of students<br>•The teacher is aware of the different ability levels in the class but tends to teach to the "whole group." | 2- Developing |
| 1c: Setting instructional outcomes<br>•Outcomes represent a mixture of low expectations and rigor.<br>•Some outcomes reflect important learning in the discipline. | 2- Developing |
| 1d: Demonstrating knowledge of resources<br>The teacher displays awareness of resources beyond those provided by the school or district, including those on the Internet, for classroom use and for extending one's professional skill, and seeks out such resources. | 3- Effective |
| 1e: Designing coherent instruction<br>•Instructional groups are random, or they only partially support objectives.<br>•Lesson structure is uneven or may be unrealistic about time expectations. | 2- Developing |
| 1f: Designing student assessments<br>Assessment procedures are partially congruent with instructional outcomes. Assessment criteria and standards have been developed, but they are not clear. The teacher's approach to using formative assessment is rudimentary, including only some of the instructional outcomes. | 2- Developing |
| 2a: Creating an environment of respect and rapport<br>Teacher-student interactions are friendly and demonstrate general caring and respect. | 3- Effective |
| 2b: Establishing a culture for learning | 3- Effective |

Last Revised: 05/27/14 1:14:06 PM By msmall2

| | |
|---|---|
| •The teacher communicates the importance of the content and the conviction that with hard work all students can master the material. | |
| 2c: Managing classroom procedures<br>Some instructional time is lost due to partially effective classroom routines and procedures. | 2- Developing |
| 2d: Managing student behavior<br>Standards of conduct appear to have been established, but their implementation is inconsistent. The teacher tries, with uneven results, to monitor student behavior and respond to student misbehavior. | 2- Developing |
| 2e: Organizing physical space<br>The classroom is safe, and essential learning is accessible to most students. The teacher makes modest use of physical resources, including computer technology. | 2- Developing |
| 3a: Communicating with students<br>•The teacher states clearly, at some point during the lesson, what the students will be learning. | 3- Effective |
| 3b: Using questioning and discussion techniques<br>The teacher's questions lead students through a single path of inquiry, with answers seemingly determined in advance. | 2- Developing |
| 3c: Engaging students in learning<br>The learning tasks and activities are partially aligned with the instructional outcomes but require only minimal thinking by students and little opportunity for them to explain their thinking, allowing most students to be passive or merely compliant. | 2- Developing |
| 3d: Using assessment in instruction<br>There is little evidence that the students understand how their work will be evaluated. | 2- Developing |
| 3e: Demonstrating flexibility and responsiveness<br>•The teacher makes perfunctory attempts to incorporate students' questions and interests into the lesson. | 2- Developing |
| 4a: Reflecting on teaching | N/A |
| 4b: Maintaining accurate records | N/A |
| 4c: Communicating with families | N/A |
| 4d: Participating in the professional community<br>•When invited, the teacher participates in activities related to professional inquiry.<br>•When asked, the teacher participates in school activities, as well as district and community projects. | 2- Developing |
| 4e: Growing and developing professionally | N/A |
| 4f: Showing professionalism | N/A |

Last Revised: 05/27/14  1:14:06 PM By msmall2

**Additional Evaluator Notes (please attach more pages, as necessary):**

Priority Area of Strength:The teacher displays solid knowledge of the important concepts in the discipline and how these relate to one another.

Priority Area of Growth: Please work to create a genuine discussion among students, providing adequate time for students to respond and stepping aside when doing so is appropriate. Please work to challenge students to justify their thinking and successfully engage most students in the discussion, employing a range of strategies to ensure that most students are heard.

Please feel free to make an appointment with me to discuss this observation.

Evaluator's signature _____          Date __5__/__29__/__14__

Evaluator's name (print) SMALL MALIK

Teacher's signature _____          Date_____

*(I have read and received a copy of the above and understand that a copy will be placed in my file.)*

Last Revised: 05/27/14 1:14:06 PM By mamali2

## EVALUATOR FORM 1

### Artifact Form

Use this form to:

1) Evaluate and score teacher-submitted artifacts provided at the Initial Planning Conference or Pre-Observation Conference, Post-Observation Conference or prior to the Summative End of Year Conference. Evaluators should also use this form to score any artifacts submitted pursuant to an evaluator's request for additional artifacts where there is no evidence on any of the 22 rubric components.

   - Teachers may submit up to 8 artifacts: up to 2 artifacts may be submitted at the Initial Planning Conference or Pre-Observation Conference and up to 2 artifacts may be submitted at the Post-Observation Conference.
   - Each of the up to eight artifacts (plus any requested to complete evaluation on all components) should be scored independently of each other.
   - Each artifact should be evaluated using a separate form.

2) Provide teachers with an end-of-year artifact rating. In deriving this rating, evaluators must consider teacher-submitted artifact ratings, artifacts submitted pursuant to an evaluator's request for additional artifacts, and other evidence of practice considered at the summative end of year conference.

The evaluator should use this form to score any relevant Danielson 2013 components below (Domains 1 and 4). If an artifact is not relevant to/does not illustrate evidence for a component, N/A should be entered. Artifacts should not be double counted (they should only be rated on this form and not on Evaluator Form 2).

Lesson Plan
Sample Student Assessment/Rubric
Teacher Reflection
Parent Teacher Conference Log
Student Contract
Syllabus

Artifact Description: PD Certificate

Submitted at or prior to: End-of-Year Artifact Rating

| Component/Rationale for Score | |
|---|---|
| 1a: Demonstrating knowledge of content and pedagogy<br>The teacher indicates some awareness of prerequisite learning, although such knowledge may be inaccurate or incomplete. | 2- Developing |
| 1b: Demonstrating knowledge of students<br>The teacher displays generally accurate knowledge of how students learn and of their varied approaches to learning, knowledge and skills, special needs, and interests and cultural heritages, yet may apply this knowledge not to individual students but to the class as a whole. | 2- Developing |
| 1c: Setting instructional outcomes<br>Outcomes represent moderately high expectations and rigor. Some reflect important learning in the discipline and consist of a combination of outcomes and | 2- Developing |

Last Revised: 06/19/14 7:46:36 PM By msmall2

| | |
|---|---|
| activities. Outcomes reflect several types of learning, but the teacher has made no effort at coordination or integration. Outcomes, based on global assessments of student learning, are suitable for most of the students in the class. | |
| **1d: Demonstrating knowledge of resources**<br>The teacher displays some awareness of resources beyond those provided by the school or district for classroom use and for extending one's professional skill but does not seek to expand this knowledge. | 2- Developing |
| **1e: Designing coherent instruction**<br>Some of the learning activities and materials are aligned with the instructional outcomes and represent moderate cognitive challenge, but with no differentiation for different students. Instructional groups partially support the activities, with some variety. The lesson or unit has a recognizable structure; but the progression of activities is uneven, with only some reasonable time allocations | 2- Developing |
| **1f: Designing student assessments**<br>Assessment procedures are partially congruent with instructional outcomes. Assessment criteria and standards have been developed, but they are not clear. The teacher's approach to using formative assessment is rudimentary, including only some of the instructional outcomes. | 2- Developing |
| **4a: Reflecting on teaching**<br>The teacher has a generally accurate impression of a lesson's effectiveness and the extent to which instructional outcomes were met. The teacher makes general suggestions about how a lesson could be improved. | 2- Developing |
| **4b: Maintaining accurate records**<br>The teacher's system for maintaining information on student completion of assignments and student progress in learning is rudimentary and only partially effective. The teacher's records for noninstructional activities are adequate but inefficient and, unless given frequent oversight by the teacher, prone to errors. | 2- Developing |
| **4c: Communicating with families**<br>The teacher makes sporadic attempts to communicate with families about the instructional program and about the progress of individual students but does not attempt to engage families in the instructional program. Moreover, the communication that does take place may not be culturally sensitive to those families. | 2- Developing |
| **4d: Participating in the professional community**<br>The teacher's relationships with colleagues are characterized by negativity or combativeness. | 1- Ineffective |
| **4e: Growing and developing professionally**<br>Teacher participates to a limited extent in professional activities when they are convenient. The teacher engages in a limited way with colleagues and supervisors in professional conversation about practice, including some feedback on teaching performance. The teacher finds limited ways to assist other teachers and contribute to the profession. | 2- Developing |
| **4f: Showing professionalism** | 2- Developing |

Last Revised: 06/19/14 7:46:36 PM By msmall2

Teacher ID    Teacher Name <u>EDGAR TELESFORD</u>

The teacher is honest in interactions with colleagues, students, and the public. The teacher's attempts to serve students are inconsistent, and unknowingly contribute to some students being ill served by the school. The teacher's decisions and recommendations are based on limited though genuinely professional considerations. The teacher must be reminded by supervisors about complying with school and district regulations.

Last Revised: 06/19/14 7:46:36 PM By msmall2

**Additional Evaluator Notes (please attach more pages, as necessary):**

Evaluator's signature _____    Date $7/1/14$

Evaluator's name (print) SMALL,MALIK _____

Teacher's signature _____    Date _____
*(I have read and received a copy of the above and understand that a copy will be placed in my file.)*

Last Revised: 06/19/14  7:46:36 PM By msmall2