

**THE NEW YORK CITY DEPARTMENT OF EDUCATION**
**JOYCE STALLINGS-HARTE,** *Community Superintendent*
Community School District 19
557 Pennsylvania Avenue- Room 201 - Brooklyn, NY 11207
Telephone: (718) 240-2700 Fax: (718) 240-2747

June 11, 2015

Edgar Telesford                                           File # █████

█████████████████████████████████████████████████

Teacher – General Science JHS

Dear Mr. Telesford:

I have received the report from the Chancellor's officially designated Committee of the meeting held on March 3 2015, pursuant to the provisions of Article 4, in connection with the recommendation Denial of Certification of Completion of Probation as Teacher of General Science JHS at 19K678, appointed on September 4, 2012.

I am hereby informing you that I have reversed the previous action which resulted in Denial of Certification of Completion of Probation effective close of business December 3, 2014.

Very truly yours,

Joyce Stallings-Harte,
District 19 Community Superintendent

cc: Charles Peeples
    Francine Perkins-Colon
    Theresity Smith
    Patricia Reilly
    JoAnn Rabot
    Allan Weinstein
    Malik Small