

**THE NEW YORK CITY DEPARTMENT OF EDUCATION**
**JOYCE STALLINGS-HARTE,** *Community Superintendent*
Community School District 19
557 Pennsylvania Avenue- Room 201 - Brooklyn, NY 11207
Telephone: (718) 240-2700 Fax: (718) 240-2747

June 16, 2015

Edgar Telesford                                             File # ▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Teacher – General Science JHS

Dear Mr. Telesford:

Please disregard the prior letter dated June 11, 2015, it was sent in error. I have received the report from the Chancellor's officially designated committee of the meeting (s) held on March 3, 2015, pursuant to the provisions of Article 4, in connection with the Recommendation for Denial of Certification of Completion of Probation) as Teacher of General Science at 19K678, appointed on September 4, 2012.

I am hereby informing you that I have reaffirmed the previous action which resulted in Denial of Certification of Completion of Probation effective close of business December 3, 2014.

Very truly yours,

Joyce Stallings-Harte
District 19 Community Superintendent

cc: Charles Peeples
Francine Perkins-Colon
Theresity Smith
Patricia Reilly
JoAnn Rabot
Allan Weinstein
Malik Small