Edgar D. Telesford

**SENT VIA CERTIFIED AND REGULAR MAIL RETURN RECIEPT REQUESTED**

Malik Small, *Principal*
Beth Capozello, *Principal/Payroll Secretary*
East New York Middle School of Excellence
605 Shepherd Avenue – Brooklyn, NY 11208


06/09/2015


RE: DOE Reasonable Accommodations:

On May 27th, 2015 I became aware of an email dated May 15th, 2015 denying my request for leave from January 9th, 2015 through February 2nd, 2015. While I disagree with the determination that I had a pre-existing condition pursuant to the notice, I am informing the DOE that I intend to return to active service as a Middle School Science teacher at East New York Middle School of Excellence. I have attached my Medical Documentation from my treating physician indicating that I am able to perform the essential duties of my work as a middle school science teacher with the following reasonable accommodations:

1. I would need access to an elevator at the school.
2. I would need the flexibility to sit or rest after standing for more than an hour.
3. I would require additional time to move between classrooms if I am not assigned to a permanent classroom.
4. I would require assistance to help me physically set up or take down labs.


I look forward to your response to my request.


Sincerely,


Edgar D. Telesford