| | CIVIL MINUTE ENTRY |
|---|---|
| **BEFORE:** | Magistrate Judge Steven M. Gold |
| **DATE:** | March 24, 2017 |
| **TIME:** | 10:00 a.m. |
| **DOCKET NUMBER(S):** | **CV 16-819 (CBA)** |
| **NAME OF CASE(S):** | Telesford v. New York City Department of Education |
| **FOR PLAINTIFF(S):** | **Glass and Krakower with Teleford** |
| **FOR DEFENDANT(S):** | **Silverman and Chou** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **N/A** |

**RULINGS STATUS CONFERENCE:**

**The parties are continuing to hold productive settlement discussions. Counsel will submit a stipulation discontinuing the action, or a written status report, by April 25, 2017.**