# GLASS KRAKOWER LLP
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
100 CHURCH STREET, 8TH FLOOR, SUITE 800
NEW YORK, NY 10007
212-537-6859
FAX NO. 845-510-2219

*Bryan D. Glass*  E-mail: bglass@ghnylaw.com
    Partner

April 25, 2017

*Via ECF*
Hon. Steven Gold
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Edgar Telesford v. NYCDOE,
             16 Civ. 819 (CBA) (SMG)

Dear Magistrate Judge Gold:

      This firm currently represents Plaintiff Edgar Telesford in the above matter. We currently find ourselves at an impasse with Mr. Telesford and we respectfully request permission to move to withdraw from further representation of Mr. Telesford in the above-referenced case. We have asked Mr. Telesford to provide a written consent to release us from the matter, but he has not responded to our inquiry on that matter.

      We appreciate Your Honor's consideration of this request. We would be happy to participate in a status call at the Court's convenience should the Court require further information before we make this application. We have discussed this with defense counsel and he takes no position on this request. This letter also constitutes the parties' joint written status report regarding this action.

                                  Respectfully submitted,

                                  s/

                                Bryan D. Glass, Esq.

c: Scott Silverman, Assistant Corporation Counsel, Attorney for Defendants