

**ZACHARY W. CARTER**
*Corporation Counsel*

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**SCOTT C. SILVERMAN**
*Assistant Corporation Counsel*
Labor & Employment Law Division
(212) 356-2450
ssilverm@law.nyc.gov

May 3, 2017

**BY ECF**
Honorable Steven Gold
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1217
Brooklyn, New York 11201

Re: *Edgar D. Telesford v. New York City Department of Education*
Docket No. 16 Civ. 819(CBA)(SMG)

Dear Judge Gold:

I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for Defendant Board of Education of the City School District of the City of New York ("BOE") (also known as and sued herein as the "New York City Department of Education") in the above-referenced action. I write this letter pursuant to the Court's scheduling order dated April 27, 2017, Dkt. No. 33, and pursuant to Your Honor's Individual Practices (1)(D) to request an adjournment of the conference currently scheduled for 10:30 A.M. on May 10, 2017.

Defendant makes this application for an adjournment because the undersigned was previously scheduled to attend a settlement conference in front of Magistrate Judge Steven L. Tiscione in another matter, <u>Carmona v. Department of Education</u>, 16-CV-6420, at 11:30 A.M. on May 10, 2017. Defendant would request the conference in this matter be scheduled for 9:30 A.M. on May 10 if the Court believes this will provide adequate time for the conference, or for May 15, 19, or the afternoon of May 16. Counsel for Plaintiff consents to this request and is available at these requested times. The undersigned is not available May 11-12 due to a previously scheduled out-of-state trip and counsel for Plaintiff has advised the undersigned that he is unavailable in the morning of May 16 and on May 17.

        This is the first such request of this Court for an adjournment of this conference. There are no other currently scheduled deadlines that would be affected by this request. Accordingly, Defendant BOE respectfully requests the conference currently scheduled for May 10, 2017 be adjourned until the times mentioned above, or on another date convenient to the Court.

        Respectfully submitted,

        */s/ Scott C. Silverman*
        Scott C. Silverman
        Assistant Corporation Counsel

cc:    Bryan D. Glass (via ECF)
       Glass Krakower LLP
       Attorneys for Plaintiff
       100 Church St, Suite 800
       New York, NY 10007
       (212) 537-6859