## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven M. Gold |
| **DATE:** | May 16, 2017 |
| **TIME:** | 3:00 p.m. |
| **DOCKET NUMBER(S):** | **CV 16-819 (CBA)** |
| **NAME OF CASE(S):** | Telesford v. New York City Department of Education |
| **FOR PLAINTIFF(S):** | **Glass and Harlow with Telesford** |
| **FOR DEFENDANT(S):** | **Silverman** |
| **NEXT CONFERENCE(S):** | **STATUS CONFERENCE WILL BE HELD AT 2:00 PM ON SEPTEMBER 7, 2017** |
| **FTR/COURT REPORTER:** | **3:04-3:10; 3:15-3:26** |

**RULINGS STATUS CONFERENCE/ MOTION HERING:**

**The application of plaintiff's counsel for leave to withdraw for reasons stated on the record. Withdrawing counsel will not assert a retaining lien or a right to fees unless plaintiff Telesford, while proceeding pro se, settles the case on the same, or less favorable, terms than those negotiated on his behalf by Mr. Glass.**

**Plaintiff's application for 90 days to secure new counsel, made orally during the conference, is granted.**

**A FURTHER CONFERENCE WILL BE HELD AT 2:00 PM ON SEPTEMBER 7, 2017.**

**If plaintiff is not represented by new counsel at that time, he shall be prepared to proceed pro se (representing himself). Defendant shall send a copy of this order to plaintiff by mail at his last known address.**