UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
EDGAR TELESFORD,

                Plaintiff,                              **NOTICE OF APPEARANCE**

  -against-

                                                 **16-CV-819 (CBA)(SMG)**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                Defendants.
----------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that Plaintiff Edgar Telesford is appearing herein through his attorney, Stewart Lee Karlin Law Group, P.C., Daniel E. Dugan, Esq.,111 John St., 22nd Floor, New York, NY 10038, Tel: (212) 792-9670, Fax: (212) 732-4443; e-mail address: dan@stewartkarlin.com.  Henceforth, please serve all papers on the undersigned

Dated:  New York, New York
        September 5, 2017                         STEWART LEE KARLIN
                                                          LAW GROUP, P.C.

                                                          s/ Daniel E. Dugan
                                                          DANIEL E. DUGAN, ESQ.
                                                          *Attorney for Plaintiff*
                                                          111 John St., 22nd Floor
                                                          New York, NY 10038
                                                          (212) 792-9670
                                                          Dan@stewartkarlin.com