**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven M. Gold |
| **DATE:** | September 7, 2017 |
| **TIME:** | 2:00 p.m. |
| **DOCKET NUMBER(S):** | **CV 16-819 (CBA)** |
| **NAME OF CASE(S):** | Telesford v. New York City Department of Education |
| **FOR PLAINTIFF(S):** | **Dugan** |
| **FOR DEFENDANT(S):** | **Marcus** |
| **NEXT CONFERENCE(S):** | **STATUS CONFERENCE AT 12:00 NOON ON FEBRUARY 9, 2018** |
| **FTR/COURT REPORTER:** | **N/A** |

**RULINGS STATUS CONFERENCE:**

 The parties will serve Rule 26(a)(1) disclosures--including, for plaintiff, authorizations for relevant medical records--by September 27, and interrogatories and document demands by October 10.  Fact discovery will be completed by February 1, 2018.

THE COURT WILL HOLD A FURTHER CONFERENCE AT 12:00 NOON ON FEBRUARY 9, 2018.

The parties shall be prepared:

(1) to state their respective positions on settlement, with principals WITH FULL SETTLEMENT DECISION-MAKING AUTHORITY (UP TO THE AMOUNT LAST DEMANDED FOR DEFENDANTS, DOWN TO THE AMOUNT LAST OFFERED FOR PLAINTIFFS) PRESENT OR AVAILABLE BY TELEPHONE THROUGHOUT THE CONFERENCE,

(2) to schedule disclosures of any anticipated expert reports,

(3) to articulate the basis for any anticipated summary judgment motions and to be familiar with any premotion conference procedures required by the district judge presiding over the case, and

(4) to state whether they will agree to assignment of this case to a magistrate judge for all purposes, including jury trial and entry of final judgment.  Counsel are encouraged to file a written application requesting a settlement conference on an earlier date if they believe it might be productive to do so.