

| ZACHERY W. CARTER | THE CITY OF NEW YORK | NATALIE S. MARCUS |
| Corporation Counsel | LAW DEPARTMENT | Tel.: (212) 356-2629 |
| | 100 CHURCH STREET | Fax: (212) 356-2439 |
| | NEW YORK, NY 10007 | nmarcus@law.nyc.gov |

December 1, 2017

**VIA ECF, E-MAIL and US MAIL**
Daniel E. Dugan
Stewart Lee Karlin Law Group, P.C.
111 John Street, 22nd Floor
New York, New York 10038

Re: Telesford v. New York City Department of Education, et al.,
16 CV 819 (CBA)(SMG)

Dear Mr. Dugan:

I am an Assistant Corporation Counsel in the office of Zachery W. Carter, Corporation Counsel for the City of New York, attorney for defendant New York City Department of Education ("DOE") in the above referenced matter. Enclosed for service, please find the following documents:

1. Notice of Defendant DOE's Motion for Judgment on the Pleadings;

2. Memorandum of Law in Support of Defendant DOE's Motion for Judgment on the Pleadings Dismissing the Complaint;

3. Declaration of Natalie S. Marcus in Support of Defendant DOE's Motion for Judgment on the Pleadings and the exhibit annexed thereto; and

4. Affidavit of Madeline Abo in Support of Defendant DOE's Motion for Judgment on the Pleadings.

Very truly yours,

/s/Natalie S. Marcus
Natalie S. Marcus

Enclosures

cc: Hon. Carol Bagley Amon (By ECF)