# STEWART LEE KARLIN LAW GROUP, P.C.
## Daniel E. Dugan, Esq.
111 John Street, 22nd Floor
New York, New York 10038
(212) 792-9670/Office
(212) 732-4443/Fax
dan@stewartkarlin.com

**MEMBER OF THE BAR**                                         Concentrating in Employment, Education, Insurance
**NEW YORK & NEW JERSEY**                                      and Commercial Law

December 29, 2017

**Via ECF and E-mail**
Natalie S. Marcus
NYC Law Department
100 Church Street
New York, NY 10007

         Re:      **Telesford v. New York City Department of Education, et al.**
                     **16 CV 819 (CBA)(SMG)**

Dear Ms. Marcus:

     I am the attorney for the Plaintiff Edgar Telesford in the above-referenced matter. Enclosed for service please find Plaintiff's Memorandum of Law in opposition to Defendant DOE's Motion to Dismiss.

Very truly yours,

s/ Daniel E. Dugan
Daniel E. Dugan, Esq.
Stewart Lee Karlin Law Group, P.C.

CC:     Hon. Carol Bagley Amon (Via ECF)

Enclosure