# STEWART LEE KARLIN LAW GROUP, P.C.
## Daniel E. Dugan, Esq.
111 John Street, 22nd Floor
New York, New York 10038
(212) 792-9670/Office
(212) 732-4443/Fax
dan@stewartkarlin.com

**MEMBER OF THE BAR**      Concentrating in Employment, Education, Insurance
**NEW YORK & NEW JERSEY**      and Commercial Law

January 23, 2018

**Via ECF**
Honorable Carol B. Amon
United States District Court Judge
United States District Court
Eastern District of New York
Brooklyn, NY 11201

    Re: **Telesford v. New York City Department of Education, et al.**
           **16 CV 819 (CBA)(SMG)**

Dear Judge Amon:

    As you are aware, I represent the Plaintiff Edgar Telesford in the above-referenced action. In response to the Court's Order to Show Cause filed on January 17, 2018, Plaintiff is not opposing the dismissal, without prejudice, of the claims against Defendants Malik Small and Joyce Stalling-Harte, whom he has not served process.

    Thank you for your attention to this matter.

Very truly yours,

s/ Daniel E. Dugan
Daniel E. Dugan, Esq.
Stewart Lee Karlin Law Group, P.C.