**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE:** | **October 12, 2018** |
| **TIME:** | **4:00 p.m.** |
| **DOCKET NUMBER(S):** | **CV 16-819 (CBA)** |
| **NAME OF CASE(S):** | **Telesford v. New York City Department of Education** |
| **FOR PLAINTIFF(S):** | **Dugan** |
| **FOR DEFENDANT(S):** | **Ferguson** |
| **NEXT CONFERENCE(S):** | **STATUS CONFERENCE AT 11:00 AM ON MARCH 8, 2019** |
| **FTR/COURT REPORTER:** | **N/A** |

**STATUS CONFERENCE RULINGS:**

Counsel report that they are unable to reach a settlement at this time.

Discovery will be completed by February 1, 2018.

Plaintiff will serve his pretrial order portion by February 15, defendant will serve its portion by February 22, and plaintiff will file a joint pretrial order with the Court by March 1, 2019.

THE COURT WILL HOLD AN IN-PERSON CONFERENCE AT 11:00 AM ON MARCH 8, 2019.

The parties shall be prepared:

(1) to state their respective positions on settlement, with PRINCIPALS WITH FULL SETTLEMENT DECISION-MAKING AUTHORITY (UP TO THE AMOUNT LAST DEMANDED FOR DEFENDANTS, DOWN TO THE AMOUNT LAST OFFERED FOR PLAINTIFFS) PRESENT OR AVAILABLE BY TELEPHONE THROUGHOUT THE CONFERENCE.

(2) to articulate the basis for any anticipated summary judgment motions and to be familiar with any premotion conference procedures required by the district judge presiding over the case.

**(3)** to state whether they will agree to assignment of this case to a magistrate judge for all purposes, including jury trial and entry of final judgment.

Counsel are encouraged to file a written application requesting a settlement conference on an earlier date if they believe it might be productive to do so.