

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | MARK R. FERGUSON<br>Senior Counsel<br>Phone: (212) 356-2507<br>Fax: (212) 356-2439<br>mferguso@law.nyc.gov |

January 30, 2019

**By ECF**

Honorable Steven M. Gold
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

         Re:    <u>Telesford v. NYC DOE, et al.</u>,
                 16 Civ. 819 (CBA) (SMG)
                 Our No. 2016-008526

Dear Magistrate Judge Gold:

        I am the Assistant Corporation Counsel assigned to represent the sole remaining defendant in the above-referenced action, the New York City Department of Education ("DOE"). Defendant writes on behalf of all parties to request respectfully a two-month extension of the discovery deadline from February 1, to April 2, 2019. The parties also seek a two-month extension of the other scheduling dates. This is the parties' first request for an extension of the discovery deadline.

        In this case, all claims have been dismissed except an Americans With Disabilites Act ("ADA") claim against DOE. Discovery was stayed pending resolution of defendants' motion for judgment on the pleadings and there was delay while potential settlement agreements were explored. In any event, discovery resumed in late 2018 and the parties have nearly completed document discovery. The remaining documents mostly concern medical issues and go to the issue of damages. The extension of time we seek is to complete depositions and any further discovery that may arise as a result.

**HONORABLE STEVEN M. GOLD**
United States Magistrate Judge
Telesford v. NYC DOE, et al.,
16 Civ. 819 (CBA) (SMG)
January 30, 2019
Page 2

Accordingly, should the Court grant this request, the following schedule would obtain:

April 2, 2019; discovery concludes

April 19, 2019, plaintiff would serve his pre-trial order portion

April 26, 2019, defendants' would serve their pre-trial order portion

May 3, 2019, Joint Pre-Trail Order filed with the Court.

The in-person conference scheduled for March 8, 2019, would be adjourned and held on a date and time convenient for the Court after May 3, 2019.

Respectfully submitted,

/s/

Mark R. Ferguson
Senior Counsel

Cc: Daniel E. Dugan
(By ECF)