CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE** | **November 7, 2019** |
| **TIME:** | **2:30 p.m.** |
| **DOCKET NUMBER(S):** | **CV 16-819 (CBA)** |
| **NAME OF CASE(S):** | **Telesford v. New York City Department of Education** |
| **FOR PLAINTIFF(S):** | **Dugan with Telesford** |
| **FOR DEFENDANT(S):** | **Ferguson with Chu** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **N/A** |

**SETTLEMENT CONFERENCE RULINGS:**

**The parties are unable to reach a settlement at this time.**

**The two remaining depositions discussed today will be completed by January 30, 2020.**

**The parties will submit a letter by February 14, 2020, indicating whether they believe renewed settlement discussions might be productive and, if not, proposing a date by which defendants will submit a letter to United States District Judge Amon with respect to scheduling their anticipated motion for summary judgment.**