

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MARK R. FERGUSON**
Senior Counsel
Telephone: (212) 356-2507
Fax No.: (212) 356-1106
Email: mferguso@law.nyc.gov

November 2, 2020

**By ECF & MAIL**

Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Steven M. Gold
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Telesford v. New York City Department of Education, et al.,
                  16 Civ. 819 (CBA)(SMG)
                  Our No. 2016-008526

Dear Judge Amon:

      I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, assigned to represent New York City Department of Education ("Defendant") in the above referenced action. I have directed my office to mail the Court a courtesy copy of the following documents:

- Notice of Motion for Summary Judgment;

- Defendant's Local Rule 56.1 Statement of Material Undisputed Facts;

- Declaration of Mark R. Ferguson in Support of Defendant's Motion for Summary Judgment, and accompanying exhibits;

- Defendant's Memorandum of Law in Support of its Motion for Summary Judgment;

**HONORABLE CAROL B. AMON**
United States District Judge
<u>Telesford v. New York City Department of Education, et al.</u>
16 Civ. 819 (CBA)(SMG)
November 2, 2020
Page 2

- Plaintiff's Response to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts;

- Declaration of Plaintiff in Response to Defendant's Motion for Summary Judgment;

- Declaration of Daniel Dugan in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and accompanying exhibit;

- Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment;

- Defendant's Memorandum of Law in Reply.

                                               Respectfully Submitted,
                                                           */s/   Mark Ferguson*
                                                                Mark R. Ferguson
                                                         Assistant Corporation Counsel

cc: Daniel Dugan (by ECF)