UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
EDGAR TELESFORD

          Plaintiff,

  v.

NEW YORK CITY DEPARTMENT OF
EDUCATION,

          Defendant.
------------------------------------------------------X

**NOTICE OF APPEAL**

16-CV-819 (CBA)(SMG)

     **NOTICE** is hereby given that Plaintiff EDGAR TELESFORD hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order, dated January 6, 2021, granting summary judgment in favor of the Defendant and from the Judgment entered in this action on January 7, 2021.

Dated: New York, New York
       February 4, 2021

STEWART LEE KARLIN
LAW GROUP, P.C.

*s/Daniel E. Dugan*
DANIEL E. DUGAN, ESQ.
*Attorney for Plaintiff*
111 John St., 22nd Floor
New York, NY   10038
Tel: (212) 792-9670
Dan@stewartkarlin.com

To:   Via ECF
       Mark Ferguson
       New York City Law Department
       *Attorneys for Defendant*
       New York, New York 10007
       (212) 356-1148
       Mferguso@law.nyc.gov